HENRY L. POPE, as Administrator of the Estate of EVELYN M. POPE, Deceased, Appellant, *v.* STATE OF NEW YORK, Respondent (Claim No. 30718.)

Argued January 18, 1955; decided March 3, 1955.

*Henry William Koch* and *Theodore M. Coburn* for appellant.

*Jacob K. Javits, Attorney-General (Lawrence H. Wagner* and *Henry S. Manley* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.